# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 01-2399

_____

| | | |
|---|---|---|
| Anthony A. Nelson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Marty Montgomery, Sheriff; H. Bryan, | * | Eastern District of Arkansas. |
| Detention Officer, Faulkner County | * | |
| Sheriff Department; M. Goss, | * | [UNPUBLISHED] |
| Detention Officer, Faulkner County | * | |
| Sheriff Department, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  December 4, 2001
Filed:  December 7, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Anthony Nelson appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action alleging violations of his constitutional rights while he was a pretrial detainee.  Upon de novo review, see Larson v. City of

_____

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.

Fergus Falls, 229 F.3d 692, 696 (8th Cir. 2000), we affirm the result reached by the district court for the reasons given in its order.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.